# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES AARON, Personal Representative of the Estate of Randy Aaron, Plaintiff, v. WYETH, Defendant. | Civil Action No. 07-927<br><br>Judge David S. Cercone<br><br>**AGREED ORDER** |

On October 9, 2007, defendant Wyeth moved for partial judgment on the pleadings (Doc. No. 16). In its motion and its memorandum in support (Doc. No. 17), Wyeth sought judgment in its favor on plaintiff's strict liability claim and on his breach of implied warranty claims. Plaintiff has determined not to oppose that motion, and consents to the dismissal of these claims with prejudice. Accordingly, this 15 day of November, 2007, it is ORDERED that Wyeth's motion for partial judgment on the pleadings is GRANTED. Judgment is entered in Wyeth's favor on plaintiff's strict liability and breach of implied warranty claims, and these claims are dismissed with prejudice. This order does not address or affect plaintiff's negligence and breach of express warranty claims.

_____
JUDGE DAVID S. CERCONE

APPROVED as to form and substance:

_____
Victor H. Pribanic (Pa. I.D. No. 30785)
Mark A. Smith (Pa. I.D. No. 89597)
Pribanic & Pribanic, L.L.C.
1735 Lincoln Way
White Oak, PA 15131
Telephone: (412) 672-5444
Facsimile: (412) 672-3715
msmith@pribanic.com

Attorneys for Plaintiff Charles Aaron

_____
James M. Jones (Pa. I.D. No. 81295)
JONES DAY
One Mellon Center
500 Grant Street, Suite 3100
Pittsburgh, PA 15219-2502
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
jmjones@jonesday.com

Attorneys for Defendant Wyeth

PII-1167168v1